1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL MARIA LUCIO, | Case No. 1:16-cv-00502-SMS |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security, | (Doc. 2) |
| Defendant. | |

16  By motion filed April 8, 2016, Plaintiff Isabel Maria Lucio, by her attorney, Young Chul

17 Cho, seeks to proceed *in forma pauperis*. Plaintiff submitted an application which is incomplete.

18 On the application, Plaintiff was to provide information concerning any cash or checking or savings

19 accounts. Absent complete information regarding Plaintiff's financial situation, the Court cannot

20 evaluate whether Plaintiff is sufficiently impoverished to justify proceeding without paying the filing

21 fee for her lawsuit.

22  Additionally, the Court notes that Plaintiff did not include the case number in the caption of

23 her application. If Plaintiff elects to submit an amended application, as this order permits her to do,

24 she must provide complete case information in the caption of the application.

25  Accordingly, the Court DENIES Plaintiff's motion to proceed *in forma pauperis*. Plaintiff

26 shall either submit an amended and complete application to proceed *in forma pauperis* or pay the

27 filing fee to the Clerk of the Court within thirty (30) days of this order. If Plaintiff does not pay the

28

1  filing fee or submit an amended application, the Court shall dismiss the case for lack of prosecution
2  without further notice.

5  IT IS SO ORDERED.

6  Dated:   **April 12, 2016**              **/s/ Sandra M. Snyder**
7                                            UNITED STATES MAGISTRATE JUDGE