# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL MARIA LUCIO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>　　　　Defendant. | Case No. 1:16-cv-00502-SMS<br><br>ORDER GRANTING AMENDED APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br><br>(Doc. 4) |

　　　　On April 12, 2016, the Court denied Plaintiff Isabel Maria Lucio's application to proceed *in forma pauperis*. Doc. 3.　Because the application was incomplete, the Court could not evaluate whether Plaintiff was sufficiently impoverished to justify proceeding without paying the filing fee for his lawsuit.  Plaintiff was ordered to pay the filing fee or re-file a completed application. Plaintiff has since submitted an amended application which sets forth the showing required by 28 U.S.C. § 1915(a).  Doc. 4.

　　　　Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.  The Clerk of Court is directed to issue the summons and new case documents.  The United States Marshal is directed to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

　　Dated:　**April 22, 2016**　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28