PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ISABEL MARIE LUCIO, | ) Civil No. 1:16-cv-00502-GSA |
| | ) |
|     Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **FIRST EXTENSION OF TIME FOR** |
|     v. | ) **DEFENDANT TO FILE HER** |
| | ) **RESPONSIVE BRIEF** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief.  Defendant respectfully requests this additional time because he has a very heavy workload, and because of an upcoming family vacation to Taiwan that will result in an absence from the office from Monday, February 27 through Friday, March 17, 2017.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Friday, April 7, 2017.

                                                          Respectfully submitted,

Date: *February 27, 2017*            LAW OFFICES OF LAWRENCE D. ROHLFING

                                       By:    */s/ Young Chul Cho\**
                                                     YOUNG CHUL CHO
                                                     *\* By email authorization on Feb. 27, 2017*
                                                     Attorney for Plaintiff

Date: *February 27, 2017*            PHILIP A. TALBERT
                                           United States Attorney

                                         By:    */s/ Jeffrey Chen*
                                                   JEFFREY CHEN
                                                 Special Assistant United States Attorney
                                                 Attorneys for Defendant

## ORDER

Pursuant to the above stipulation (Doc. 23), Defendant shall file her Opposition no later than **April 7, 2017**.  Plaintiff shall file any Reply fifteen days after the service of the Opposition.

IT IS SO ORDERED.

   Dated:   **February 28, 2017**                  **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE