UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ISABEL MARIE LUCIO, | ) Civil No. 1:16-cv-00502-GSA |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **SECOND EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER** |
| | ) **RESPONSIVE BRIEF** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) **(Doc. 26)** |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her responsive brief. Defendant apologizes for missing the filing deadline in this case and respectfully requests this additional time. Defendant's counsel is seeking this extension due to a recent change of counsel (from Jeffery Chen to Mr. Chen's direct supervisor Jacob Mikow, the undersigned), management re-assessing heavy workloads, and the expectation that a new counsel for Defendant will be assigned to this case in the near future.

The new due date for Defendant's responsive brief will be Monday, May 8, 2017.

Respectfully submitted,

Date: _April 19, 2017_          LAW OFFICES OF LAWRENCE D. ROHLFING

By:    _/s/ Young Chul Cho*_

1

YOUNG CHUL CHO
*By email authorization on April 14, 2017*
Attorney for Plaintiff

Date: _April 19, 2017_　　　　　　PHILIP A. TALBERT
United States Attorney

By:　　_/s/ Jacob M. Mikow_
JACOB M. MIKOW
Special Assistant United States Attorney
Attorneys for Defendant

<u>ORDER</u>

　　　　Pursuant to the stipulation of the parties (Doc. 26), Defendant's Opposition is due **May 8, 2017**. Plaintiff shall file her Reply within fifteen days of the filing of the Opposition.

IT IS SO ORDERED.

　　Dated: 　**April 20, 2017**　　　　　　**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE